**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ITAB ABDO AL GHAZALI, et al.,

                    Plaintiffs,

      -against-                                  24 **CIVIL** 2272 (MMG)

                                                    **JUDGMENT**

MERRICK GARLAND, et al.,

                    Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Text Only Order dated December 15, 2024, and for the reasons discussed on the record at the December 12, 2024 conference, it is hereby ORDERED that Defendants' motion to dismiss (Dkt. No. 12) is GRANTED, and Plaintiff's request for leave to amend is DENIED. Accordingly, the case is closed.

**Dated:** New York, New York

        December 17, 2024

                                                               **TAMMI M. HELLWIG**
                                                               **Clerk of Court**

                                        **BY:**         _____
                                                                **Deputy Clerk**